UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23291-PCH

**VICTOR ARIZA,**

    Plaintiff,

v.

**ROBERT GRAHAM RETAIL LLC, a foreign limited liability company,**

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice [ECF No. 15], filed on December 16, 2022. Plaintiff advises the Court that, pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), he wishes to voluntarily dismiss this action with prejudice with each party bearing its own attorneys' fees and costs. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**, with each side to bear its own fees and costs. All pending motions are denied as moot, and the case is **CLOSED**.

**DONE AND ORDERED** in Miami, Florida, on December 19, 2022.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record